UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-20417-CIV-O'SULLIVAN
[CONSENT]

RAMON ARZA,
and others similarly situated,
    Plaintiffs,

v.

JSM BACKHOE SERVICES, INC., a Florida
corporation, and JOSE SANTAMARIA,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following notice that the parties reached a settlement at mediation. See Report of Mediation (DE# 33, 12/6/10). It is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, December 8, 2010**, at **10:15 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **6th** day of December, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All Counsel of Record